**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* TRAVIS THAMS, RELATOR, and on behalf of the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKALHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and the DISTRICT OF COLUMBIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:13-cv-404-MOC-DSC |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| CARDIOVASCULAR SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Extension of Time to File an Answer and/or Dispositive Motion (Document No. 15) filed December 11, 2015. This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the Motion, the record, and noting that Plaintiffs' counsel does not oppose the Motion, the Court will grant the Motion.

**IT IS, THEREFORE ORDERED** that "Defendant's Motion for Extension of Time to File an Answer and/or Dispositive Motion" (Document No. 15) is **GRANTED**.

Defendant shall have up to and including March 25, 2016 to answer or otherwise respond to Plaintiffs' Complaint.

The parties are cautioned that no further extensions will be granted absent exceptional circumstances.  Ongoing settlement negotiations that have not resulted in agreement on all issues will not be considered an exceptional circumstance.

SO ORDERED.

Signed: December 14, 2015

David S. Cayer
United States Magistrate Judge