# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TRAVIS THAMS, RELATOR, and on behalf of the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKALHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and the DISTRICT OF COLUMBIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDIOVASCULAR SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 3:13-cv-404-MOC-DSC<br><br>**ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice Pro Hac Vice [for David M. Glaser, Lousene M. Hoppe and Kevin C. Riach]" (documents ##17-19). For the reasons stated therein, the Motions are granted.

**SO ORDERED**.

Signed: December 23, 2015

David S. Cayer
United States Magistrate Judge