IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel* TRAVIS THAMS, RELATOR, and on behalf of the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and the DISTRICT OF COLUMBIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:13-cv-00404-MOC-DSC<br><br><br><br><br><br><br><br>**ORDER GRANTING CONSENT MOTION TO STAY, OR IN THE ALTERNATIVE, TO EXTEND DEFENDANT CARDIOVASCULAR SYSTEMS, INC.'S TIME TO RESPOND TO THE COMPLAINT** |
| Plaintiffs,<br>v.<br>CARDIOVASCULAR SYSTEMS, INC.,<br>Defendant. | ) ) ) ) ) ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Cardiovascular Systems, Inc.'s ("CSI") Consent Motion To Stay, Or In The Alternative, To Extend Defendant's Time To Respond To The Complaint filed on March 16, 2016. Having carefully considered the Motion, the record, and noting that Relator's counsel consents to the Motion, the Court will grant the Motion.

**IT IS, THEREFORE ORDERED** that the above-entitled action is hereby **STAYED** for sixty days, up to and until May 15, 2016 to allow the parties to finalize the terms of the settlement agreement.

**SO ORDERED**.

Signed: March 18, 2016

David S. Cayer
United States Magistrate Judge