IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* TRAVIS THAMS, RELATOR, and on behalf of the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and the DISTRICT OF COLUMBIA, <br><br> Plaintiffs, <br><br> v. <br><br> CARDIOVASCULAR SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 3:13-cv-00404-MOC-DSC <br><br><br><br> **ORDER GRANTING CONSENT MOTION TO STAY ALL PROCEEDINGS FOR AN ADDITIONAL 45 DAYS** |

**THIS MATTER IS BEFORE THE COURT** on Defendant Cardiovascular Systems, Inc.'s ("CSI") Consent Motion To Stay All Proceedings For An Additional 45 Days filed on May 12, 2016. Having carefully considered the Motion, the record, and noting that Relator's counsel consents to the Motion, the Court will grant the Motion.

**IT IS, THEREFORE ORDERED** that the above-entitled action is hereby **STAYED** for an additional 45 days, up to and until June 29, 2016 to allow the parties to execute the settlement in this action.

<u>The parties are cautioned that an additional stay or extension may not be granted absent extraordinary circumstances</u>.

**SO ORDERED**.

Signed: May 12, 2016

David S. Cayer
United States Magistrate Judge