IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* TRAVIS THAMS, RELATOR, and on behalf of the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and the DISTRICT OF COLUMBIA,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CARDIOVASCULAR SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 3:13-cv-404 |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the United States' Consent

Motion to Partially Intervene for Good Cause and for Extension of Stay filed on June 29,

2016. Having carefully considered the Motion, the record, the executed settlement

agreement attached to the Motion and noting the consent of all parties, the Court will grant

the United States' Motion.

**IT IS THEREFORE OREDERED** that the United States may intervene in this case

and the action is hereby stayed for an additional five days up to and including July 4, 2016,

to allow the Defendant to make payment pursuant the terms of the Settlement Agreement

and to allow the United States and Relator to file the joint notice of dismissal pursuant to the

Settlement Agreement.

       **SO ORDERED**.

Signed: June 30, 2016

David S. Cayer
United States Magistrate Judge